IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. HAMILTON | : | Case No. 4:14-CV-2248 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| NICOLE BROMLEY, *et al.*, | : | (Magistrate Judge Mehalchick) |
| Defendants | : | |

## ORDER

July 2, 2015

**BACKGROUND:**

On June 15, 2015, Magistrate Judge Karoline Mehalchick issued a Report and Recommendation (ECF No. 30) in which she advised the Court to dismiss all claims for injunctive and declaratory relief, as the Younger doctrine requires abstention (Younger v. Harris, 301 U.S. 37 (1971); Dixon v. Kuhn, 257 Fed.Appx. 553, 555 (3d Cir. 2007)). No objections have been filed by the Plaintiff.

This Court has reviewed Magistrate Judge Mehalchick's Report and Recommendation to detect clear non-conformance with well-established law. See Henderson v. Carlson, 812 F.2d 874, 878 (3rd Cir. 1987) (although the Court is not required to review magistrate judge's report absent objections, "the better practice is for the district judge to afford some level of review to dispositive legal issues

1

raised by the report"). Because this Court agrees with Magistrate Judge Mehalchick's recommendations, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED THAT:**

1. The June 15, 2015 Report and Recommendation (ECF No. 30) of Magistrate Judge Mehalchick is **ADOPTED** in full.

2. All claims for injunctive and declaratory relief are **DISMISSED**, as the Younger doctrine requires abstention.

3. The Clerk is directed to close the case file.

                                      BY THE COURT:

                                      /s Matthew W. Brann
                                      Matthew W. Brann
                                      United States District Judge